```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0023--CV (RRB)
                       "LEADER INSURANCE CO V JACK A. LYONS ET AL"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 02/08/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 05/08/05 receipt # 00125825
          Trial by:
```

Parties of Record:                                    Counsel of Record:

```
PLF 1.1            LEADER INSURANCE CO                Rebecca J. Hozubin
                                                     Wilkerson Hozubin & Burke
                                                     310 K Street
                                                     Suite 405
                                                     Anchorage, AK 99501
                                                     907-276-5297
                                                     FAX 907-276-5291

DEF 1.1            LYONS, JACK A.                    No counsel found for this party!

DEF 2.1        [T] WILLIAMS, JERRI                   No counsel found for this party!

DEF 3.1        [T] WILLIAMS, KELLY, ESTATE OF        No counsel found for this party!

DEF 4.1            LYONS, JACK L.                    No counsel found for this party!
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A05-0023--CV (RRB)
                               "LEADER INSURANCE CO V JACK A. LYONS ET AL"

                                        For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 02/08/05
            Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 05/08/05 receipt # 00125825
          Trial by:


Document #   Filed      Docket text

     1 -  1  02/08/05   Complaint w/att exhs filed; Summons issued.

     2 -  1  02/09/05   PLF 1 FRCP 7.1 Notification.

     3 -  1  02/16/05   PLF 1 Errata to FRCP 7.1 Notification .

     4 -  1  04/25/05   RRB Minute Order plf is required to take action as to failure to serve.
                        Plf to file proofs of service so as to comply with Rule 4(m).  cc: cnsl

     5 -  1  05/20/05   RRB Minute Order plf is required to take action as to dismissal for
                        failure to serve (Warning).  Defs' whom Proof of service is not on file
                        by 120 days of filing the complaint will be dismissed.  cc: cnsl

     6 -  1  06/06/05   PLF 1 Complaint (Amended) w/att exhs.

     7 -  1  06/06/05   PLF 1 motion for alternative service of process and to extend service
                        time for 90 days.

     8 -  1  06/07/05   RRB Order granting motion for alternative service of process and to
                        extend service time for 90 days until 9/7/05 (7-1).  cc: cnsl

  NOTE -  1  06/22/05   Issued: Notice to absent defendant as stated.

  NOTE -  2  06/28/05   Issued: summons re: DEF 4.

     9 -  1  06/28/05   PLF 1 Complaint (Second Amended).

    10 -  1  07/28/05   PLF 1 Notice of svc by publication re: DEF 1 in the Peninsula Clarion
                        the weeks of 6/30/05, 7/4/05,7/14/05, &7/21/05.

    11 -  1  08/02/05   PLF 1 motion for altenative service of process on Jack L. Lyons w/att
                        aff & exhs.

  NOTE -  3  08/08/05   Issued: Notice to absent defendant as stated.

    12 -  1  08/08/05   RRB Order granting motion for altenative service of process on Jack L.
                        Lyons (11-1); pltf may serve def by publication in the Peninsula
                        Clarion. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0023--CV (RRB)
                        "LEADER INSURANCE CO V JACK A. LYONS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 09/01/05 | PLF 1 Application for entry of default re: DEF 1 w/att aff. |
| 14 - 1 | 09/02/05 | Clerk's Notice entering default as to DEF 1. cc: cnsl |
| 15 - 1 | 09/16/05 | PLF 1 Notice of svc by publication re; DEF 4 on 8/15,22,29/05 & 9/6/05 in the Peninsula Clarion. |
| 16 - 1 | 10/19/05 | RRB Minute Order plf is required to take action as to case not at issue. Plf to requier an answer or apply for default w/in 20 days. cc: cnsl |
| 17 - 1 | 10/21/05 | PLF 1 Application for entry of default as to DEF 4 w/att aff. |
| 18 - 1 | 10/24/05 | Clerk's Notice entering default as to DEF 4. cc: cnsl |

Case 3:05-cv-00023-TMB   Document 18   Filed 02/08/2005   Page 3 of 3