Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Plaintiff Leader

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JACK A. LYONS and ) <br> JACK L. LYONS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-023 CV (TMB) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COMES NOW plaintiff Leader Insurance Companies, through counsel, Wilkerson Hozubin, and pursuant to Civil Rule 55, respectfully requests that the court enter the attached default judgments of defendants, Jack A. Lyons and Jack L. Lyons, for failure to plead in or otherwise defend this action, as stated in the default applications and affidavits.

DATED this 21st day of March 2006, at Anchorage, Alaska.

        Wilkerson Hozubin

By: s/Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Leader
        AK Bar No. 9806016