Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Plaintiff Leader

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACK A. LYONS and JERRI | ) |
| WILLIAMS as PERSONAL | ) |
| REPRESENTATIVE of the ESTATE | ) |
| Of KELLY WILLIAMS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-023 CV (TMB) |

## NOTICE OF FILING EXHIBIT 3

Plaintiff, through counsel, hereby files Exhibit 3 to the Second Amended Complaint as request by the court. Undersigned apologizes to the court for inadvertently failing to attach the same.

DATED this 12th day of April 2006.

                        Wilkerson Hozubin

               By: s/Rebecca J. Hozubin
                   310 K Street, Suite 405
                   Phone: 907 276-5297
                   Fax: 907 276-5291
                   E-mail: Rebecca@wilkersonlaw.net
                   Attorneys for Plaintiff Leader
                   AK Bar No. 9806016