# Leader Insurance Company

5205 N. O'Conner Blvd., Suite 700
(877)953-2337 (877)532-3379

**ALASKA**

## Policy Effective Information
ID: 154-58862-7435-001   Date: 3/26/2004   Time: 04:34:21 PM

### Level Option Selected
☑ Basic: 6 months residency at current AK address.

## Program Options
**Term:** 6 Months   **Pay Plan:** 5-Pay

### Market and Discounts Section
☐ Broad Form Named Operator   ☐ Non-Owner

Paid-In-Full: ☐ Yes  ☑ No
Multi-Car: ☐ Yes  ☑ No
Military: ☐ Yes  ☑ No
Homeowner Program: ☐ Yes  ☑ No

Business Use Surcharge on Vehicle(s):
Senior Driver Citizen Discount on Driver(s):

If proper proof is not included with the application, the discount will be removed. The discount will be applied pro rata effective the date proper proof is provided.

## Agent Information
**ALWAYS ATTACH QUOTE**
Agency: #19502: A Kenai Alaska Ins. Agency
Producer: #19502: Tonya Libertus
Phone #: (907) 283-4191
Fax #: (907) 283-3232
Location: Kenai

## Previous Insurance Info
Previous Carrier: None
Policy Number:
Limits:
Exp Date:

## Premium Payment Information
**Always Fill in Total Premium**

Down payment from the insured must be submitted with application.

Commission is paid via monthly statement
Has prior balance due been cleared?
☐ Yes  ☐ No

If No, please add amount to down payment.
Total Premium    :   $575.00
Payment Attached :   $203.15

## Named Insured Information
Named Insured: Jack Lyons
Address: 35450 Scout Lake Loop
Sterling, AK 99672
Mailing Address: Same
Home Phone: (907) 260-4055
Work Phone:
Work Location:

| SR-22 Information | Person | State | Case Number |
|---|---|---|---|
| | Jack Lyons | AK | 0301228 |

## Driver Information
(All drivers and household members over 14 years old must be listed, including excluded, suspended, & unlicensed.)

| Num | Name | DOB | Mar. | Sex | Relationship | License # | State | Issue Date | SSN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jack Lyons | 8/15/1952 | S | M | Self | 0301228 | AK | | 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 |

| Num | Status | Drv Imprv. | Yrs Lic | Prev Lic # | Prev St. | Transfer | Market |
|---|---|---|---|---|---|---|---|
| 1 | Active | | 0 | | | 4 | T24 |

## Point Development
(All accidents, violations, and claims chargeable and not chargeable must be disclosed.)

| Driver # | Viol Date | Chargeable | Group | Description | Points |
|---|---|---|---|---|---|
| 1 | 8/1/2002 | Yes | ACC | At Fault Accident | 3 |
| 1 | 8/2/2002 | Yes | MINOR | Minor Moving Violations | 1 |

Please Note: Unverifiable driving record or foreign license -- 4 points.   Total: 4

## Vehicle Information
(Must be completed for each vehicle.)

| Veh# | Year | Trade Name | Model | Body Style | Extension | VIN |
|---|---|---|---|---|---|---|
| 1 | 1983 | FORD | F260 | PICKUP 4X2 | | 1FTEF25Y5DPA99068 |

### Vehicle Garaging Information

| Veh# | Address | City | State | Zip | County |
|---|---|---|---|---|---|
| 1 | 35450 Scout Lake Loop | Sterling | AK | 99672 | |

### Additional Vehicle Information

| Veh# | VIN | Territory | Anti-Theft | Type of Restraint |
|---|---|---|---|---|
| 1 | T*F253 | 6 | | |

If Business Use, attach details including occupation, radius of travel, and items or equipment carried in vehicle.

### COVERAGES/LIMITS

| | | Premiums | | | |
|---|---|---|---|---|---|
| Coverages | Limits | Veh 1 | Veh 2 | Veh 3 | Veh 4 |
| BI | $50,000 each person $100,000 each accident | 239 | | | |
| MED | $10,000 Limit | 105 | | | |
| PD | $25,000 each accident | 156 | | | |
| UMBI | $50,000 each person $100,000 each accident | 33 | | | |
| UMPD | $25,000 each accident | 22 | | | |

| Veh 1 | Veh 2 | Veh 3 | Veh 4 |
|---|---|---|---|
| | | | |

Total By Vehicle: $555
Total Fees: $20
Total Premium: $575.00

### APPLICANT QUESTIONNAIRE   (To be completed and initialed in the applicant's handwriting.)

PLEASE EXPLAIN ANY "YES" ANSWERS TO THE FOLLOWING QUESTIONS:

☐ Yes ☐ No   Init. N/A   1. Is there any unrepaired damage or broken glass on any vehicles?
☐ Yes ☒ No   Init. J.L.   2. Do any operators have a medical, nervous, mental, or physical condition which could impair their ability to safely operate a vehicle?
☐ Yes ☒ No   Init. J.L.   3. Are any vehicles used for business purposes such as making sales calls or driving to job site?
☐ Yes ☒ No   Init. J.L.   4. Are any vehicles used for delivery purposes, such as pizza or newspaper delivery?
☐ Yes ☒ No   Init. J.L.   5. Are any operators a member of the armed forces?

PLEASE EXPLAIN ANY "NO" ANSWERS TO THE FOLLOWING QUESTIONS:

☒ Yes ☐ No   Init. J.L.   1. Have all residents of your household 14 or older been disclosed on this application?
☒ Yes ☐ No   Init. J.L.   2. Have all drivers, such as children away from home or in college, who may operate your vehicle on a REGULAR or INFREQUENT basis, been listed on this application?
☐ Yes ☒ No   Init. J.L.   3. Are all vehicles in the household listed on this application?
☒ Yes ☐ No   Init. J.L.   4. Do you understand that we do not cover losses while an insured vehicle is used by an excluded driver?

ADDITIONAL QUESTIONS:   Do you   ☐ Own   ☒ Rent/Other
Type of residence you own/rent   ☐ House/Condo   ☐ Apartment   ☐ Mobile Home

Explanations: Son Jack A Lyons has his own vehicle

**BUSINESS USE STATEMENT**   (Signature Required)

If a vehicle covered under the terms of this policy is used in connection with a business, occupation, trade, profession or commercial application (hereinafter "Business Use"), I agree to disclose this Business Use to Leader prior to such use. I understand and agree that Leader will not provide any coverage to me, to any other insured, or to any third party claimant, for any loss occurring during the policy term (or a renewal term) if an insured vehicle is used for a Business Use if I have not disclosed such use to Leader, and paid an additional premium therefor.

This is a Personal Automobile Policy. If a pickup, van or utility vehicle is to be used for Business Use, and that Business Use requires that type of vehicle to adequately carry out the Business Use, Leader will not cover any loss occuring during such use.

I also understand that acceptable Business Use does not include carrying persons or property for a consideration, including, but not limited to, taxi cab or livery conveyance or for wholesale and retail delivery.

I also understand that the policy contains other exclusions that may limit coverage.

Applicant's Signature: X _Jack Lyons_   Date: 3-26-04

---

**MVR RELEASE**   (Signature Required)

I, _JACK L LYONS_, authorize the Department of Public Safety, Division of Motor Vehicles, to furnish Leader Insurance Company my driving record for use in rating and/or underwriting the insurance for which I do hereby apply and for any renewal thereof. I certify that I am furnished on this application, or if other rating discrepancies are determined, I hereby consent to pay additional premium generated.

Applicant's Signature: X _Jack Lyons_   Date: 3-26-04

---

**DRIVER EXCLUSION**

In consideration of the continuation of this policy in force by the company, it is hereby agreed that with respect to such insurance as is afforded under this policy, the company shall not be liable for loss, damage and/or liability caused while the automobile described in the policy or any other automobile to which the terms of the policy are extended is being driven or operated by the following named person(s):

| Name of Excluded Person | Date of Birth | Relation to Insured |
|---|---|---|
| Jack A. Lyons | 12-06-82 | My Son |

It is further agreed that in the event we shall, because of any interest, become obligated to pay any sum or sums of money because of loss for which there would be no coverage because of this agreement, you will reimburse us for any and all sums, costs and expenses paid or incurred by us. All other terms, limits and provisions of this policy remain unchanged.

WARNING: Because of this driver exclusion, this policy may be inadequate to satisfy the requirements of the Alaska Motor Vehicle Safety Responsibility Act or the Alaska Mandatory Insurance Law.

I understand and agree to the terms and conditions stated in this endorsement.

Applicant's Signature: X _Jack Lyons_   Date: 3-26-04   Time: 4:40 AM/PM
(Named Insured)

---

Form No. 15450APP01   Uploaded on 2004/03/26 04:34:21 PM   Page: 3 of 5

100028

| UNINSURED/UNDERINSURED MOTORISTS ACCEPTANCE/REJECTION (Signature Required) |
|---|

Alaska Insurance Code provides that Uninsured/Underinsured Motorists Insurance Bodily Injury and Property Damage be afforded to me under my motor vehicle policy. Understanding this, I sign this acceptance/rejection as witnessed by my signature below with respect to all vehicles covered under this policy. Further, this acceptance/rejection applies not only to this policy, but also to all renewals thereof unless I instruct the company in writing. Understanding these coverages and having been advised of the premium for each, I hereby sign this acceptance/rejection for this coverage and request the policy issued.

**CHECK LIMITS PURCHASED BELOW:**

☑ Accept Uninsured Motorist Bodily Injury
   ☑ $50,000/$100,000   ☐ $100,000/$300,000   ☐ $250,000/$500,000
   ☐ $300,000/$500,000  ☐ $500,000/$500,000   ☐ $500,000/$1,000,000
   ☐ $1,000,000/$2,000,000

☑ Accept Uninsured Motorist Property Damage
   ☑ $25,000
   ☐ $50,000
   ☐ $100,000

☐ Reject Uninsured Motorist Bodily Injury      ☐ Reject Uninsured Motorist Property Damage

Applicant's Signature: X _[signature]_   Date: 3-26-04   Time: 4:40 A.M./PM

100029

Form No. 15450APP01     Uploaded on 2004/03/26 04:34:21 PM     Page: 4 of 5

**APPLICANT'S POLICY SIGNATURE:** Coverage is bound only if the following section is fully completed.

The following statements are inteded to notify you of important policy provisions and your signature will certify that you understand and agree to all the provisions.

**WARNING**

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE OR SHE IS FACILITATING A FRAUD AGAINST AN INSURER SUBMITS AN APPLICATION OR FILES A CLAIMS CONTAINING FALSE OR DECEPTIVE STATEMENTS IS GUILTY OF INSURANCE FRAUD.

**WARNING**

FOR COVERAGE TO APPLY TO CUSTOM AND SPECIAL EQUIPMENT, ALL CUSTOM AND SPECIAL EQUIPMENT MUST BE DECLARED AND LISTED ON THE APPLICATION AND A PREMIUM PAID FOR THIS APPLICATION COVERAGE

**IMPORTANT NOTICE**

I understand Leader may use repair parts from manufacturers other than the original equipment manufacturers of my vehicle(s).

**IMPORTANT NOTICE REGARDING THE FAIR CREDIT REPORTING ACT**

I agree that a routine inquiry of the character, general reputation, personal characteristics, mode of living, credit history, claims history and driving record may be made regarding myself and other drivers listed on this application. I authorize the Company to obtain such reports for this policy and renewals hereafter, or for any claims. I authorize my previous auto insurance carrier to release any information regarding my previous policy(ies) to the Company. Upon written request, additional information as to the nature and scope of the report, if one is made, will be provided. I understand that routine disclosure to the third parties of any information contained in this application may take place and I authorize such disclosure. I certify that all operators of my vehicle(s) have been reported to the Company.

**IMPORTANT POLICY PROVISIONS**

If any person has either: (1) provided information which is false, misleading, or inaccurate, or (2) failed to disclose information which, if properly disclosed, would affect Leader's decision to write this policy or change the terms thereof or the premium charged, LEADER MAY, AT ITS DESCRETION, REJECT THE APPLICATION, RESCIND THE POLICY, OR CHARGE AN INCREASE IN PREMIUM FOR WHICH YOU WILL BE RESPONSIBLE.

The tendering of a valid and negotiable downpayment is a condition of coverage. Payment means cash, certified funds, credit card, or check. If a check is returned unpaid by the financianl institution, the policy will be rescinded and there will have been no coverage. No amount of premium or fees may be premium financed. An installment fee will be assessed for each installment of a payment plan other than the downpayment. If an installment payment is received by Leader more than (7) days after the payment due date, a late fee will be assessed.

If you request cancellation of the policy Leader will retain, no matter the length of time the policy is in force, a 7.5% penalty on the unearned premium.

All persons age 15 or older who live in your household must be disclosed to Leader in this application. You must designate whether each such person is to be (1) an active driver, (2) unlicensed, or (3) an excluded driver. ONLY THOSE HOUSEHOLD MEMBERS DESIGNATED AS ACTIVE DRIVERS IN THIS APPLICATION WILL BE COVERED IN THE EVENT OF A LOSS.

Any Business Use of a listed vehicle must be disclosed on this application or if, during the policy term, an insured vehicle is used for Business Use, then this use must be reported to Leader immediately, and an additional premium paid.

All listed vehicles must be garaged at the address listed in this application, and any new garaging location must be reported to Leader prior to the change. All listed vehicles must be garaged in Alaska for the entire policy term.

Leader may use repair parts from manufacturers other than the original equipment manufacturers to repair an insured vehicle. Leader will notify the owner of the type of part prior to installing it on the vehicle.

I understand my first installment payment is $99.96 and is due on 4/26/2004.

Applicant's Signature: X _[signature]_  Date 3-26-04  Time: 4:40 AM/PM

**AGENT'S SIGNATURE**

The undersigned hereby represents and certifies that, to the best of my knowledge, all information contained herein is correct; that this form was completed and then signed by the insured-applicant; that a completed copy hereof has been given to the insured-applicant; and I certify that the undersigned has a duplicate signed copy hereof. I have advised the applicant of all Leader auto programs for which he/she qualifies. I also certify that all questions regarding the application have been answered by the insured-applicant and the premium was paid by the insured-applicant.

Producing Agent's Signature: X _[signature]_  License No. 13786  Date: 3-26-04

Form No. 15450APP01          Uploaded on 2004/03/26 04:34:21 PM          Page: 5 of 5

**100030**