Wallace H. Tetlow, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Wallace@wilkersonlaw.net
AK Bar # 9306038

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, )<br>)<br>           Plaintiff,      )<br>)<br>  vs.                        )<br>)<br>JACK A. LYONS,               )<br>)<br>           Defendant.      )<br>_____) | Case No. A05-023 CV (RRB) |

**<u>AFFIDAVIT OF COUNSEL</u>**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

   WALLACE H. TETLOW, being first duly sworn upon oath, deposes and states as follows:

   1.   I am an attorney for Leader Insurance Companies in this matter.

   2.   I spoke with Dennis Maloney, Esq., on May 12, 2006, regarding this pending declaratory judgment action. I relayed to Mr. Maloney this Court's concern about the estate of Kellyanne Williams not being a party in this action. Mr. Maloney confirmed that he represents the deceased's mother,

Jerri Williams, in a pending uninsured motorist claim against the mother's uninsured motorist carrier, State Farm Insurance Companies, for the death of Kellyanne Williams in the same tragic incident leading to the filing of this declaratory judgment action. Mr. Maloney stated that an estate has not been formed on the deceased's behalf, and that he will not be joining in the declaratory judgment action on Jerri Williams' behalf. Mr. Maloney further indicated that he does not wish to be joined in the declaratory judgment action on Jerri Williams' behalf.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 24th day of May 2006.

By: _____
Wallace H. Tetlow
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Wallace@wilkersonlaw.net
Attorneys for Plaintiff Leader
AK Bar No. 9306038

SUBSCRIBED AND SWORN TO before me on this 24th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 2/26/07

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Affidavit of Counsel
Page 2