IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JACK A. LYONS and ) <br> JACK L. LYONS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-023 CV (TMB) |

**PROPOSED**
**DEFAULT JUDGMENT**

Defendant, Jack L. Lyons, has failed to plead in or otherwise defend this action, and default has been entered. Plaintiffs filed an Amended Complaint for Declaratory Relief, requesting findings that Leader Insurance Companies' Policy No. 154-58862-7435-001 does not provide any coverage to Jack A. Lyons during July 2004.

IT IS ORDERED that that Leader Insurance Companies' Policy No. 154-58862-7435-001 does not provide any coverage, including defense and indemnification, to Jack L. Lyons during July 2004 for any claims that may be asserted by Jerri E. Williams, the Estate Kellyanne "Kelly" Williams, or any other person that relates in any way to the injury or death of Kellyanne "Kelly" Williams.

DATED this \_\_\_\_ day of _____, 2006 at Anchorage, Alaska.

_____
Timothy M. Burgess
U.S. District Court Judge