Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES,      )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>   vs.                            )<br>                                  )<br>JACK A. LYONS and                 )<br>JACK L. LYONS,                    )<br>                                  )<br>          Defendant.              )<br>_____) | Case No. A05-023 CV (TMB) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW Leader Insurance Companies, through counsel, Wilkerson Hozubin, and pursuant to the court's May 8, 2006, order hereby reports as follows:

A.   Nature of the case:

   1.   The lead attorneys on the case:

        Rebecca J. Hozubin for Leader Insurance Companies

   2.   Basis for federal jurisdiction:

        Diversity jurisdiction, 28 U.S.C. §§ 2201 and 1332

     3.   Nature of the claims asserted in the complaint and any counterclaims:

     Leader seeks rulings of no coverage under a policy of insurance. The ruling was granted. There are no other claims.

     4.   Name of any party that has not been served and the nature of the non-service:

     All parties to this action were served by publication.

     5.   Principle legal issues:

     Whether there is coverage under the policy for the acts or omissions for Jack A. Lyons or Jack L. Lyons. The ruling was granted. There are no other legal issues.

     6.   Principle factual issues:

     There are no factual issues, only questions of law.

B.   Discovery

     1.   Brief description of completed discovery and any remaining discovery:

     There has been no discovery as neither defendant ever responded.

     The parties also do not have access to the police report or investigation as it is an open investigation and the police will not reveal any information.

     2.   Brief description of any pending motions and anticipated motions:

     The ruling was granted. There are no other motions.

     3.   Brief description of any previously entered rulings on substantive issues:

     Default was entered.

     4.   Any previously filed status reports:

     None.

C.   Trial

    1.   If trial is anticipated, how long the trial will take, and whether a jury is requested:

      Trial is not anticipated.  The ruling was granted and the case is resolved.

D.   Settlement

      There have been no settlement discussions.

DATED this 6th day of June, 2006.

                    WILKERSON HOZUBIN

              By: s/Rebecca J. Hozubin
                  310 K Street, Suite 405
                  Phone: 907 276-5297
                  Fax: 907 276-5291
                  E-mail: Rebecca@wilkersonlaw.net
                  Attorneys for Plaintiff Leader
                  AK Bar No. 9806016